No. 343, Misc.   CARUSO *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 643.   UNITED STATES *v.* SILVERMAN, ALIAS TAYLOR, ET AL.   Motion of the respondents for leave to proceed *in forma pauperis* granted.   Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.   *Solicitor General Rankin* and *Assistant Attorney General Tompkins* for the United States.   *Frank J. Donner* for Dimow et al., respondents.   With him on the brief in opposition were *Thomas I. Emerson* and *Joseph Mitchell Kaye.*

No. 242, Misc.   BRAMBLE *v.* CALIFORNIA.   Supreme Court of California.   Certiorari denied.   THE CHIEF JUSTICE took no part in the consideration or decision of this application.

No. 342, Misc.   PETROLIA *v.* NEW JERSEY.   Supreme Court of New Jersey.   Certiorari denied.   MR. JUSTICE BRENNAN took no part in the consideration or decision of this application.

No. 578.   GROSSMAN *v.* UNITED STATES ET AL., *ante,* p. 285.   Rehearing denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 127, Misc.   FROST *v.* U. S. MARSHAL FOR SOUTHERN DISTRICT OF CALIFORNIA, *ante,* p. 915;
No. 198, Misc.   MILLWOOD *v.* HEINZE, WARDEN, *ante,* p. 917; and
No. 210, Misc.   DE NORMAND *v.* UNITED STATES, *ante,* p. 917.   Petitions for rehearing denied.